UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>THEODORE E. ESSENFELD,<br><br>　　　　Defendant-Appellant. | U.S.C.A. No. 24-3185<br>U.S.D.C. No. 23-CR-0177-RSH<br><br>MOTION TO VOLUNTARILY DISMISS **DEFENDANT'S APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 42(b) and 9th Circuit Rule 27-9.1, defendant THEODORE E. ESSENFELD hereby moves to voluntarily dismiss this appeal. A declaration of counsel and a statement of consent from Mr. Essenfeld are attached. There are no costs to apportion or pay.

DATED: June 24, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 *s/ Kerry L. Armstrong*
　　　　　　　　　　　　　　　　KERRY L. ARMSTRONG
　　　　　　　　　　　　　　　　Law Offices of Kerry L. Armstrong, APLC
　　　　　　　　　　　　　　　　750 B Street, Suite 2840
　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　(619) 234.2300/Fax: (619) 491.0722
　　　　　　　　　　　　　　　　Attorneys for Mr. Essenfeld

1

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> THEODORE E. ESSENFELD, <br><br> Defendant-Appellant. | U.S.C.A. No. 24-3185 <br> U.S.D.C. No. 23-CR-0177-RSH <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANT'S APPEAL** |

I, Kerry L. Armstrong, declare:

1. I am an attorney licensed to practice law in the State of California, in the Central and Southern Districts of California, and in this Court. I am the attorney of record for defendant Theodore E. Essenfeld in the above-captioned cases (district court case and Ninth Circuit appellate case).

2. Mr. Essenfeld is currently in custody at GEO in San Diego awaiting his sentencing following a jury trial. This appeal does not challenge his conviction or potential sentence of imprisonment.

3. His current appeal challenges only the pretrial detention order imposed by the district court on May 17, 2024.

4. After full consultation with counsel, Mr. Essenfeld advised me on June 21, 2024, that he did not want to proceed with his detention order appeal and asked me to move for voluntary dismissal.

5. I asked Mr. Essenfeld to memorialize his consent to voluntarily dismiss his appeal in a declaration. He has executed a signed declaration, which is attached to this motion, per Ninth Circuit Rule 27-9.1

6. I have contacted Sabrina Feve and Michael Deshong, the Assistant U.S. Attorneys who are counsel of record in this appeal. They indicated via email on June 21, 2024, that they do not oppose this motion.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 25, 2024, in San Diego, California.

/s/ Kerry L. Armstrong
Kerry L. Armstrong
Declarant

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>THEODORE E. ESSENFELD,<br><br>Defendant-Appellant. | U.S.C.A. No. 24-3185<br>U.S.D.C. No. 23-CR-0177-RSH<br><br>**DECLARATION OF DEFENDANT IN SUPPORT OF UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANT'S APPEAL** |

I, Theodore E. Essenfeld, declare:

1. I am the defendant in the above-referenced cases, including my appeal currently before the Ninth Circuit Court of Appeals based on a detention order from the district court on May 17, 2024.

2. While my detention appeal was pending, I was found guilty by a jury on June 14, 2024.

3. Because of the change of circumstances, I now hereby voluntarily dismiss my appeal of the detention order before the Ninth Circuit.

4. I have spoken with my attorney, Kerry L. Armstrong, about this issue. He has answered all of my questions about the implications of voluntarily dismissing this appeal. After speaking with counsel, I still wish to voluntarily dismiss my appeal of the detention order.

*[signature]*

THEODORE E. ESSENFELD
Declarant